# EXHIBIT A

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

**CONSUMER PRODUCTS ASSOCIATION**

Case Number: _____2023-CAB-000662_____

vs

Date: **January 30, 2023**

**310 NUTRITION LLC**

☐ One of the defendants is being sued
   in their official capacity.

Name: *(Please Print)*
**Mohaimina Haque**

Relationship to Lawsuit

Firm Name: **Law Office of Mohaimina Haque, PLLC**

☒ Attorney for Plaintiff

Telephone No.:                Six digit Unified Bar No.:
**202-355-6384**            **1644522**

☐ Self (Pro Se)

☐ Other: _____

TYPE OF CASE:   ☐ Non-Jury        ☐ 6 Person Jury        ☒ 12 Person Jury

Demand: $_____        Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____   Judge: _____   Calendar #:_____

Case No.:_____   Judge: _____   Calendar#:_____

---

NATURE OF SUIT:    *(Check One Box Only)*

**A. CONTRACTS**                    **COLLECTION CASES**

☐ 01 Breach of Contract          ☐ 14 Under $25,000 Pltf. Grants Consent  ☐ 16 Under $25,000 Consent Denied
☐ 02 Breach of Warranty          ☐ 17 OVER $25,000 Pltf. Grants Consent   ☐ 18 OVER $25,000 Consent Denied
☐ 06 Negotiable Instrument       ☐ 27 Insurance/Subrogation               ☐ 26 Insurance/Subrogation
☐ 07 Personal Property              Over $25,000 Pltf. Grants Consent          Over $25,000 Consent Denied
☐ 13 Employment Discrimination   ☐ 07 Insurance/Subrogation               ☐ 34 Insurance/Subrogation
☐ 15 Special Education Fees         Under $25,000 Pltf. Grants Consent         Under $25,000 Consent Denied
                                 ☐ 28 Motion to Confirm Arbitration
                                    Award (Collection Cases Only)

**B. PROPERTY TORTS**

☐ 01 Automobile              ☐ 03 Destruction of Private Property   ☐ 05 Trespass
☐ 02 Conversion             ☐ 04 Property Damage
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

**C. PERSONAL TORTS**

☐ 01 Abuse of Process            ☐ 10 Invasion of Privacy                ☐ 17 Personal Injury- (Not Automobile,
☐ 02 Alienation of Affection     ☐ 11 Libel and Slander                     Not Malpractice)
☐ 03 Assault and Battery         ☐ 12 Malicious Interference             ☐ 18 Wrongful Death (Not Malpractice)
☐ 04 Automobile- Personal Injury ☐ 13 Malicious Prosecution             ☐ 19 Wrongful Eviction
☒ 05 Deceit (Misrepresentation)  ☐ 14 Malpractice Legal                 ☐ 20 Friendly Suit
☐ 06 False Accusation            ☐ 15 Malpractice Medical (Including Wrongful Death)  ☐ 21 Asbestos
☐ 07 False Arrest                ☐ 16 Negligence- (Not Automobile,      ☐ 22 Toxic/Mass Torts
☐ 08 Fraud                          Not Malpractice)                    ☐ 23 Tobacco
                                                                        ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE        IF USED

# Information Sheet, Continued

**C. OTHERS**

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants
  (DC Code § 11-941)
- ☐ 10 Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment

- ☐ 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify,
  Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

**II.**

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage
  Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- ☐ 21 Petition for Subpoena
  [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1)
  (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

**D. REAL PROPERTY**

- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)

- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

_____

Attorney's Signature

**January 30, 2023**

_____

Date

CV-496/ June 2015

**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION**

| | |
|---|---|
| **CONSUMER PRODUCTS ASSOCIATION**<br>on behalf of the general public,<br>1629 K Street, NW, Suite 300<br>Washington, D.C. 20006,<br><br>             Plaintiff,<br><br>v.<br><br>**310 NUTRITION LLC**<br>A Nevada corporation<br>4270 S Decatur Blvd, Suite B8-9<br>Las Vegas, Nevada 89103<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.     2023-CAB-000662<br>) Judge:<br>) Status Conference Date:<br><br>**COMPLAINT**<br><br>**DEMAND FOR TRIAL BY JURY** |

## COMPLAINT

Consumer Products Association, Inc. ("CPA") brings this action against 310 Nutrition LLC ("310 Nutrition") regarding the deceptive marketing and sale of four (4) products ("the Products") that 310 Nutrition produces and sells.  310 Nutrition has also breached the express and implied warranties found on the labels of the Products.  The Products at issue include: (1) 310 Shake All-In-One Meal Chocolate Bliss, (2) 310 Shake All-In-One Meal Caramel Sundae; (3) 310 Shake All-In-One Meal Vanilla Crème, and (4) 310 Shake All-In-One Meal Horchata.  CPA alleges the following based upon personal knowledge, information, and belief.  This Complaint is on behalf of the general public of the District of Columbia in the interests of consumers.

## THE PARTIES

1.      This is a consumer protection case concerning the deceptive marketing of the Products sold by 310 Nutrition.  The case is brought by CPA.  CPA is a nonprofit corporation organized under the laws of the District of Columbia.  CPA meets the definition of a "public interest organization" pursuant to D.C. Code § 28-3901(a)(15) as it is "a nonprofit organization that is organized and

operating, in whole or in part, for the purpose of promoting interests or rights of consumers." CPA's mission is to encourage corporate responsibility and to protect consumers from false advertising and deceptive misrepresentations of consumer products. CPA aims to achieve this mission through product testing, consumer education, and advocacy. CPA was also founded to educate consumers on the accuracy of nutritional label and marketing claims of consumer products, and to advocate for accuracy and transparency in food labelling and marketing. For example, CPA develops educational programs for consumers on topics such as how to read nutritional labels and the frequency of inaccurate or deceptive statements in marketing and nutritional claims made for consumer products.

2.      Because CPA is a public interest organization, it may act on behalf of the general public and bring any action that an individual consumer would be entitled to bring under the District of Columbia Consumer Protection Procedures Act (the "Act"). *See* D.C. Code § 28-3905(k)(1)(D)(i). Accordingly, CPA brings this action on behalf of the general public, *i.e.* District of Columbia consumers generally.

3.      310 Nutrition is a Nevada for-profit corporation that provides consumer goods that are, or would be, purchased or received in the District of Columbia.

## **JURISDICTION**

4.      This Court has personal jurisdiction over the parties in this case. CPA has a presence in the District of Columbia and consents to this Court having personal jurisdiction over the organization.

5.      This Court has personal jurisdiction over 310 Nutrition as the District of Columbia's long-arm statute applies to 310 Nutrition due to CPA's claims arising from 310 Nutrition transacting substantial business in the District of Columbia; having substantial aggregate contacts with this District; and engaging in conduct that has and had a direct, substantial, reasonably foreseeable, and intended effect of causing injury to persons throughout the District of Columbia. 310 Nutrition sells,

markets, and distributes the Products that are sold to consumers located in the District of Columbia. This is proven by the order summaries from 310 Nutrition for the Products purchased online by consumers in the District of Columbia. 310 Nutrition has sufficient minimum contacts with the District of Columbia to establish this Court's jurisdiction. Copies of the referenced orders with proof of delivery in the District of Columbia are attached hereto as **Exhibit "A".**

6.      This Court has subject matter jurisdiction over this action under the Act, D.C. Code § 28-3901 *et seq*. *See also* D.C. Code § 28-3905(k)(2) ("Any claim under this chapter *shall* be brought in the Superior Court of the District of Columbia . . . .") (emphasis added).

## STATUTORY FRAMEWORK

7.      This action is brought pursuant to the District of Columbia Consumer Protection Procedures Act ("the Act"), D.C. Code § 28-3901, et seq.

8.      The Act makes it a violation "for any person to engage in an unfair or deceptive trade practice, whether or not any consumer is in fact misled, deceived, or damaged thereby, including to," among other things:

Represent that goods or services have a source, sponsorship, approval, certification, accessories, characteristics, ingredients, uses, benefits, or quantities that they do not have;

Represent that goods or services are of particular standard, quality, grade, style, or model, if in fact they are of another;

Misrepresent as to a material fact which has a tendency to mislead;

Fail to state a material fact if such failure tends to mislead;

Use innuendo or ambiguity as to a material fact, which has a tendency to mislead; or

Advertise or offer goods or services without the intent to sell them or without the intent to sell them as advertised or offered.

D.C. Code § 28-3904(a), (d), (e), (f), (f-1) & (h).

9.      The Act "establishes an enforceable right to truthful information from merchants about consumer goods and services that are or would be purchased, leased, or received in the District of Columbia." D.C. Code § 28-3901(c). The statute provides that it "shall be construed and applied liberally to promote its purpose." *Id*.

10.     Because CPA is a public interest organization, it has standing to act on behalf of the general public and bring any action that an individual consumer is entitled to bring:

> [A] public interest organization may, on behalf of the interests of a consumer or a class of consumers, bring an action seeking relief from the use by any person of a trade practice in violation of a law of the District if the consumer or class could bring an action under subparagraph (A) of this paragraph for relief from such use by such person of such trade practice.

*Id*., § 28-3905(k)(1)(D)(i). Subparagraph (A) provides: "A consumer may bring an action seeking relief from the use of a trade practice in violation of a law of the District."

11.     CPA on behalf of consumers, i.e., the general public of the District of Columbia, as the organization has "sufficient nexus to the interests involved of the consumer or class to adequately represent those interests." *Id*., § 28-3905(k)(1)(D)(ii). As set forth in this Complaint, *see infra* at ¶ 11, CPA's mission is to advocate for and educate consumers, within the District of Columbia.  CPA has a sufficient nexus to District of Columbia consumers to adequately represent their interests.  CPA is a "public interest organization" pursuant to D.C. Code § 28-3901(a)(15) as it is "a nonprofit organization that is organized and operating, in whole or in part, for the purpose of promoting interests or rights of consumers."  CPA's primary mission is to encourage corporate responsibility and to protect consumers from false advertising and deceptive misrepresentations of consumer products.

12.     CPA seeks damages and attorney's fees as mandated under the Act, and an end to the unlawful conduct directed at D.C. consumers.  Remedies available under the Act include "[a]n injunction against the use of the unlawful trade practice" and "[a]ny other relief which the court determines proper." *Id*., § 28-3905(k)(2)(D) & (F).

## THE PRODUCTS

### *310 Nutrition Failed to Warn Consumers that the Products Contain Bacillus Cereus*

13.     310 Nutrition has failed to warn consumers that the Products contain harmful bacteria known as bacillus cereus ("B. Cereus").

14.     "Bacillus cereus is a spore-forming, Gram positive, facultative anaerobic bacterium associated with food poisoning in humans. The food poisoning is a result of ingesting heat-stable enterotoxins produced by the bacteria: either a thermostable emetic enterotoxin or a thermosensitive diarrhoegenic enterotoxin. Bacillus cereus is widespread in the soil and the food industry, in such foods as herbs, spices, milk and vegetables. Transmission of this disease results not only from contaminated foods, but improper food handling/storage and improper cooling of cooked foodstuffs."[1]

15.     "*B. cereus* causes two types of food-borne illnesses. One type is characterized by nausea and vomiting and abdominal cramps and has an incubation period of 1 to 6 hours. It resembles *Staphylococcus aureus* (staph) food poisoning in its symptoms and incubation period. This is the 'short-incubation' or emetic form of the disease.  The second type is manifested primarily by abdominal cramps and diarrhea following an incubation period of 8 to 16 hours. Diarrhea may be a small volume or profuse and watery. This type is referred to as the 'long-incubation' or diarrheal form of the disease, and it resembles food poisoning caused by *Clostridium perfringens.* In either type, the illness usually lasts less than 24 hours after onset. In a few patients symptoms may last longer."[2]

---

[1] Keith R. Schneider, Mickey E. Parish, Renée M. Goodrich and Taylor Cookingham. "Preventing Foodborne Illness: Bacillus cereus and Bacillus anthracis." University of Florida IFAS Extension. FSHN04-05.; *see also* U.S. Department of Agriculture. "What is Bacillus cereus?" http://ask.usda.gov/s/article/What-is-Bacillus-cereus (last visited January 20, 2023).
[2] Todar, K. 2012. "Bacillus cereus Food Poisoning." In Todar's Online Textbook of Bacteriology. http://textbookofbacteriology.net/B.cereus.html (last visited January 20, 2023).

16.     "Bacillus cereus might cause many more cases of foodborne illness than is known. One reason it's under-reported may be that most people have fairly mild, brief symptoms, so they don't seek medical attention.  But it can cause serious illness in some people . . ."[3]

17.     "Although both forms of foodborne illness associated with the diarrheal and vomiting toxins produced by B. cereus are generally mild and self-limiting, more severe and fatal forms of the illness have been reported. Other clinical manifestations of B. cereus invasion and infection that have been observed include severe systemic and pyogenic infections, gangrene, septic meningitis, cellulitis, panophthalmitis, lung abscesses, infant death, and endocarditis, and, in cows, bovine mastitis."[4]

18.     Companies that produce food products have recalled their products due to the presence of bacillus cereus on those products.[5]

19.     310 Nutrition has misled its customers by failing to disclose the presence of bacillus cereus in the Products.

20.     Testing for bacteria in the Products was conducted by KML Laboratories, Inc. in October of 2022.  Copies of the analytical reports are attached as **Exhibit "B".**  The testing of the Products shows the presence of bacillus cereus in the Products.

21.     As the Products expose consumers to bacillus cereus that poses a risk to consumers' health, the Products are not fit for consumption by humans.  The labels on the Products fail to warn

---

[3] Food and Drug Administration (FDA). 2012. Bacillus cereus and Other Bacillus spp. Bad Bug Book: Foodborne Pathogenic Microorganisms and Natural Toxins Handbook. 92–95.
http://www.fda.gov/downloads/Food/FoodborneIllnessContaminants/UCM297627.pdf (last visited January 20, 2023).
[4] *Id.*
[5] Food Safety News. "Oatly recalls drink because of Bacillus cereus; 2 sick with 27 other complaints filed." http://www.foodsafetynews.com/2022/04/oatly-recalls-drink-because-of-bacillus-cereus-2-sick-with-27-other-complaints-filed/ (last visited January 20, 2023); U.S. Department of Agriculture. "Smithfield Packaged Meats Corp. Dba Margherita Meats Inc. Recalls Pepperoni Products Due to Possible Bacillus Cereus Contamination."
http://www.fsis.usda.gov/recalls-alerts/smithfield-packaged-meats-corp.-dba-margherita-meats-inc.-recalls-pepperoni-products (last visited January 20, 2023).

consumers about the presence of bacillus cereus and the potential adverse effects of consuming the Products, as shown here:

### *310 Shake All-In-One Meal Chocolate Bliss*

 

### *310 Shake All-In-One Meal Caramel Sundae*

 

### *310 Shake All-In-One Meal Vanilla Crème*

 

### *310 Shake All-In-One Meal Horchata*

 

22.     Based on 310 Nutrition's representations, a reasonable consumer would expect that the Products can be safely purchased and consumed as marketed and sold. However, the Products are not safe, posing a significant health risk to unsuspecting consumers. Yet, neither before nor at the time of purchase did 310 Nutrition notify consumers like CPA that the Products are unsafe.

23.     310 Nutrition knew or should have known of the presence of bacillus cereus in the Products and the health risks associated with consuming the Products.

24.     All conditions precedent related to the filing of this action have been met or waived.

25.     CPA is represented by the undersigned counsel and is responsible for paying reasonable attorney's fees associated with this action to the same.

## CAUSES OF ACTION

### 1st CLAIM FOR RELIEF - Violation of the District of Columbia
### Consumer Protection Procedures Act

26.     CPA incorporates by reference all of the allegations in the preceding paragraphs of this Complaint.

27.     CPA is authorized to bring these claims on behalf the general public of D.C. consumers. *See* D.C. Code § 28-3905(k)(1)(D)(i). This provision allows a public interest organization to stand in the shoes of a consumer to seek relief from any violation of the Act.

28.     310 Nutrition is a "person" and a merchant that provides "goods" within the meaning of the Act. *See* D.C. Code § 28-3901(a)(1), (3) & (7).

29.     310 Nutrition has falsely and deceptively misrepresented on their website that the Products are safe for consumption.

30.     Consumers have in fact relied on the false and deceptive representations 310 Nutrition has made regarding the Products as described herein when consumer decision making and comparing products on the market.

31.     310 Nutrition has thus violated the Act by representing that its goods have characteristics, ingredients, benefits or quantities that they do not have; misrepresenting a material facts which have a tendency to mislead; failing to state material facts and such failure tends to mislead consumers; using innuendo or ambiguity regarding material facts, which has a tendency to mislead consumers; and advertising or offering goods without the intent to sell them as advertised or offered. *See* D.C. Code § 28-3904(a), (d), (e), (f), (f-1) & (h).

32.     CPA seeks judgment against 310 Nutrition and requests (a) a declaration that 310 Nutrition's conduct violates the Act; (b) an order enjoining 310 Nutrition's conduct which the Court finds to be a violation of the Act; (c) an order granting CPA costs and disbursements, including reasonable attorneys' fees and expert fees, as well as prejudgment and post-judgment interest at the maximum rate allowable by law; (d) punitive damages; (e) treble damages; (f) additional relief as may be necessary to restore to consumers money or property, real or personal, which may have been acquired by means of the unlawful trade practice; and (g) any other relief which the court determines proper.

### 2nd CLAIM FOR RELIEF – Failure to Warn Negligence Per Se, D.C. Code § 48-103(Q)(i)

33.     CPA incorporates by reference all of the allegations in the preceding paragraphs of this Complaint.

34.     At all times pertinent hereto, D.C. Code § 48-103(Q)(i) was in effect in the District of Columbia.

35.     D.C. Code § 48-103(Q)(i) prohibits the sale of a product "[t]hat presents a significant or unreasonable risk of illness or injury under conditions of use recommended or suggested in labeling or, if no conditions of use are suggested or recommended in the labeling, under ordinary conditions of use."

36.     A person is considered negligent if that person violates a statute or regulation (including D.C. Code § 48-103(Q)(i)) that has been enacted to protect the public interest.

37.     310 Nutrition violated D.C. Code § 48-103(Q)(i) and was negligent.

38.     310 Nutrition has thus violated the Act by representing that its goods have characteristics, ingredients, benefits or quantities that they do not have; misrepresenting a material facts which have a tendency to mislead; failing to state material facts and such failure tends to mislead consumers; using innuendo or ambiguity regarding material facts, which has a tendency to mislead consumers; and advertising or offering goods without the intent to sell them as advertised or offered. *See* D.C. Code § 28-3904(a), (d), (e), (f), (f-1) & (h).

39.     CPA seeks judgment against 310 Nutrition and requests (a) a declaration that 310 Nutrition's conduct violates the Act; (b) an order enjoining 310 Nutrition's conduct which the Court finds to be a violation of the Act; (c) an order granting CPA costs and disbursements, including reasonable attorneys' fees and expert fees, as well as prejudgment and post-judgment interest at the maximum rate allowable by law; (d) punitive damages; (e) treble damages; (f) additional relief as may be necessary to restore to consumers money or property, real or personal, which may have been acquired by means of the unlawful trade practice; and (g) any other relief which the court determines proper.

40.     As a result of 310 Nutrition's negligence, members of the public on whose behalf CPA brings this claim have suffered injury.

41.     Members of the public on whose behalf CPA brings this claim are entitled to reasonable compensation for the harm caused by 310 Nutrition.

42.     On behalf of the general public that CPA represents, CPA seeks to enjoin the unlawful acts and practices described herein, restoration of money and property, and to recover treble damages or $1,500 per violation, whichever is greater, reasonable attorneys' fees, and punitive damages.

**<u>JURY DEMAND</u>**

Plaintiff CPA hereby demands a trial by jury.


DATED: January 30, 2023


Respectfully Submitted,

<u>*/s/ Mohaimina Haque*</u>
Mohaimina Haque, Esq.
DC Bar# 1644522
LAW OFFICE OF
MOHAIMINA HAQUE, PLLC
1629 K Street, NW, Suite 300
Washington, D.C.  20006
Tel. 202-355-6384
Email - mina@attorneymina.com


<u>/s/ *J. Nelson Happy*</u>
J. Nelson Happy, Esq.
DC Bar# 435987
LAW OFFICE OF
J NELSON HAPPY, PLLC
1629 K Street, NW, Suite 300
Washington, D.C.  20006
Email- jnelsonhappy@gmail.com



🛒 Show order summary ⌄                ~~$213.56~~
                                       **$183.57**

 Order #3378021

# Thank you Chris!



Shipping address
Washington, District of Columbia

## Your order is confirmed

You'll receive a confirmation email with your order number shortly.

**Download Shop to track package**



…email.

### Refer friends and get rewarded

Share this link to give your friends $10 Off First Purchase. We'll send you 200 Reward Points when they make a purchase.

https://i.refs.cc/6t8PK7sP?smile_ref=eyJzbⅤ

United States

**Exhibit A**

(423) 903-5966

Shipping method

5-7 Business Days Shipping

Payment method

ending with 1027 **-** $183.57

Billing address

Chris Heptinstall
306 Joy Street
FT OGLETHORPE GA 30742
United States
4239035966

☐ Save my information for a faster checkout

Continue shopping

Need help? Contact us

Privacy policy    Terms of service



### Refer friends and get rewarded

Share this link to give your friends $10 Off First
Purchase. We'll send you 200 Reward Points when
they make a purchase.

https://i.refs.cc/6t8PK7sP?smile_ref=eyJzbV



🛒 Show order summary ⌄          **$53.96**

Order #3379742

# Thank you Chris!



Shipping address
Washington, District of Columbia

### Your order is confirmed

You'll receive a confirmation email with your order number shortly.

| Download Shop to track package |
|---|



**Refer friends and get rewarded**

Share this link to give your friends $10 Off First Purchase. We'll send you 200 Reward Points when they make a purchase.

https://i.refs.cc/6t8PK7sP?smile_ref=eyJzbV\

4239035966

Case 1:23-cv-00714-RJL   Document 1-1   Filed 03/16/23   Page 19 of 24

Shipping method

5-7 Business Days Shipping

Payment method

　　　ending with 1027 - $53.96

Billing address

Chris Heptinstall
306 Joy Street
FT OGLETHORPE GA 30742
United States
(423) 903-5966

☐ Save my information for a faster checkout

Continue shopping

Need help? Contact us

Privacy policy    Terms of service



### Refer friends and get rewarded

Share this link to give your friends $10 Off First
Purchase. We'll send you 200 Reward Points when
they make a purchase.

https://i.refs.cc/6t8PK7sP?smile_ref=eyJzbV

# KML Laboratories, Inc.



**261 Great Northern Road**
**Bonners Ferry, Idaho 83805**
Phone: 108-267-0818
Fax: 108-267-0878
Email: **Info@kmlmicro.com**

## <u>Certificate of Analysis</u>

Consumer Products Association
306 Joy Street
Fort Oglethorpe, GA 30742
Phone: 423-903-5966

Invoice Number:    22.1238
PO Number:
Received Date:    10/14/1022
Number of Samples:    04
Project Name:    Routine Testing

**Microbiology Report:**

| Lab #: 21-9282 | Sample Lot: PB0210421 | Sample Date: |
|---|---|---|
| Sample Name: 505661 310 Shake All-In-One Meal Chocolate | Additional ID: | Plated Date: 10/14/2022 |
| Qualifying Material Number: NO QM | | |

| Test Performed | Results | Units | Detection Limit | Method | Date Analyzed |
|---|---|---|---|---|---|
| Aerobic Plate Count | $1.04 \times 10^5$ | cfu/g | 10 | USP 43-NF 38 <2021> | 10/17/2022 |
| Coliforms | <10 | cfu/g | 10 | Bam C4 sec G | 10/15/2022 |
| E. *coli* | absent | P/A | 1 | USP 43-NF 38 <2022> | 10/17/2022 |
| Staph *aureus* | absent | P/A | 1 | USP 43-NF 38 <2022> | 10/17/2022 |
| Yeast | <10 | cfu/g | 10 | USP 43-NF 38 <2021> | 10/19/2022 |
| Mold | <10 | cfu/g | 10 | USP 43-NF 38 <2021> | 10/19/2022 |
| Salmonella | absent | P/A | 1 | USP 43-NF 38 <2022> | 10/18/2022 |
| Pseudo. *aeruginosa* | absent | P/A | 1 | USP 43-NF 38 <m62> | 10/17/2022 |
| Enterobacteriaceae Count ‡ | <10 | cfu/g | 10 | 02-109-01 | 10/15/2022 |
| Klebsiella *pneumoniae* ‡ | absent/10g | P/A | 1 | 02-210.6.1 | 10/16/2022 |
| Streptococcus *pyogenes* ‡ | absent/10g | P/A | 1 | 02-229 | 10/16/2022 |
| Bacillus *cereus* ‡ | <10 | cfu/g | 10 | BAM Chapter 14 | 10/15/2022 |
| Listeria ‡ | absent/25g | P/A | 1 | BAM Chapter 10 | 10/18/2022 |
| Clostridia | absent | P/A | 1 | USP 43-NF 38 <m2022> | 10/18/2022 |
| Burkholderia *cepacia* ‡ | absent | P/A | 1 | USP 43-NF 38 <60> | 10/19/2022 |
| Probiotic Plate Count ‡ | 330 | cfu/g | 10 | SMEDP 17th Edition | 10/20/2022 |

| Bacterial DNA Sequencing | Results Organism Identification | Method | Date Analyzed |
|---|---|---|---|
| Isolate [1] | Bacillus *thuringiensis* | 02-215 | 10/21/2022 |
| Isolate [2] | Lactobacillus *fermentum* | 02-215 | 10/21/2022 |
| Isolate [3] | Kosakonia *cowanii* | 02-215 | 10/21/2022 |

**<u>Approved By: QA Director SMV 10/24/2022</u>**

**Confidential**
Page **1** of **5**
**This Certificate/Report shall not be reproduced, except in full, without the prior written consent of KML Laboratories, Inc.**
**This report may include work not covered by KML's current ISO accreditation as indicated by ‡.**

**Note**: On this date, this material met the specifications designated above, and is **not** known if statistically representative of the lot evaluated on a routine basis. This information is not intended to relieve the purchaser from its responsibility to determine the suitability of this material for purchaser's purposes, to comply with all laws and regulations regarding the safe use of this material. nd = none detected above the listed detection limit

F10-0817 G Ref SOP 01-023

**Exhibit B**

# KML Laboratories, Inc.



**261 Great Northern Road**
**Bonners Ferry, Idaho 83805**
**Phone: 108-267-0818**
**Fax: 108-267-0878**
**Email: Info@kmlmicro.com**

## Certificate of Analysis

Consumer Products Association
306 Joy Street
Fort Oglethorpe, GA 30742
Phone: 423-903-5966

Invoice Number:     22.1238
PO Number:
Received Date:    10/14/1022
Number of Samples:    04
Project Name:    Routine Testing

**Microbiology Report:**

| Lab #: 21-9283 | Sample Lot: PB0000522 | Sample Date: |
|---|---|---|
| Sample Name: 505664 310 Shake All-In-One Meal Caramel | Additional ID: | Plated Date: 10/14/2022 |
| Qualifying Material Number: NO QM | | |

| Test Performed | Results | Units | Detection Limit | Method | Date Analyzed |
|---|---|---|---|---|---|
| Aerobic Plate Count | 130 | cfu/g | 10 | USP 43-NF 38 <2021> | 10/17/2022 |
| Coliforms | <10 | cfu/g | 10 | Bam C4 sec G | 10/15/2022 |
| E. *coli* | absent | P/A | 1 | USP 43-NF 38 <2022> | 10/17/2022 |
| Staph *aureus* | absent | P/A | 1 | USP 43-NF 38 <2022> | 10/17/2022 |
| Yeast | <10 | cfu/g | 10 | USP 43-NF 38 <2021> | 10/19/2022 |
| Mold | <10 | cfu/g | 10 | USP 43-NF 38 <2021> | 10/19/2022 |
| Salmonella | absent | P/A | 1 | USP 43-NF 38 <2022> | 10/18/2022 |
| Pseudo. *aeruginosa* | absent | P/A | 1 | USP 43-NF 38 <m62> | 10/17/2022 |
| Enterobacteriaceae Count ‡ | 10 | cfu/g | 10 | 02-109-01 | 10/15/2022 |
| Klebsiella *pneumoniae* ‡ | absent/10g | P/A | 1 | 02-210.6.1 | 10/16/2022 |
| Streptococcus *pyogenes* ‡ | absent/10g | P/A | 1 | 02-229 | 10/16/2022 |
| Bacillus *cereus* ‡ | <10 | cfu/g | 10 | BAM Chapter 14 | 10/15/2022 |
| Listeria ‡ | absent/25g | P/A | 1 | BAM Chapter 10 | 10/18/2022 |
| Clostridia | absent | P/A | 1 | USP 43-NF 38 <m2022> | 10/18/2022 |
| Burkholderia *cepacia* ‡ | absent | P/A | 1 | USP 43-NF 38 <60> | 10/19/2022 |
| Probiotic Plate Count ‡ | <10 | cfu/g | 10 | SMEDP 17th Edition | 10/17/2022 |

| Bacterial DNA Sequencing | Results Organism Identification | Method | Date Analyzed |
|---|---|---|---|
| Isolate [1] | Enterococcus *gallinarum* | 02-215 | 10/21/2022 |
| Isolate [2] | Bacillus *cereus* | 02-215 | 10/21/2022 |

**Approved By: QA Director SMV 10/24/2022**



Confidential

Page **2** of **5**

This Certificate/Report shall not be reproduced, except in full, without the prior written consent of KML Laboratories, Inc.

This report may include work not covered by KML's current ISO accreditation as indicated by ‡.

**Note**: On this date, this material met the specifications designated above, and is **not** known if statistically representative of the lot evaluated on a routine basis. This information is not intended to relieve the purchaser from its responsibility to determine the suitability of this material for purchaser's purposes, to comply with all laws and regulations regarding the safe use of this material. nd = none detected above the listed detection limit




AT-1805

F10-0817 G Ref SOP 01-023

# KML Laboratories, Inc.



**261 Great Northern Road**
**Bonners Ferry, Idaho 83805**
**Phone:** 108-267-0818
**Fax:** 108-267-0878
**Email:** Info@kmlmicro.com

## Certificate of Analysis

Consumer Products Association
306 Joy Street
Fort Oglethorpe, GA 30742
Phone: 423-903-5966

Invoice Number:    22.1238
PO Number:
Received Date:    10/14/1022
Number of Samples:    04
Project Name:    Routine Testing

**Microbiology Report:**

| Lab #: 21-9284 | Sample Lot: PB0000822 | Sample Date: |
| --- | --- | --- |
| Sample Name: 505663 310 Shake All-In-One Meal Vanilla | Additional ID: | Plated Date: 10/14/2022 |
| Qualifying Material Number: NO QM | | |

| Test Performed | Results | Units | Detection Limit | Method | Date Analyzed |
| --- | --- | --- | --- | --- | --- |
| Aerobic Plate Count | 25 | cfu/g | 10 | USP 43-NF 38 <2021> | 10/17/2022 |
| Coliforms | <10 | cfu/g | 10 | Bam C4 sec G | 10/15/2022 |
| E. *coli* | absent | P/A | 1 | USP 43-NF 38 <2022> | 10/17/2022 |
| Staph *aureus* | absent | P/A | 1 | USP 43-NF 38 <2022> | 10/17/2022 |
| Yeast | <10 | cfu/g | 10 | USP 43-NF 38 <2021> | 10/19/2022 |
| Mold | <10 | cfu/g | 10 | USP 43-NF 38 <2021> | 10/19/2022 |
| Salmonella | absent | P/A | 1 | USP 43-NF 38 <2022> | 10/18/2022 |
| Pseudo. *aeruginosa* | absent | P/A | 1 | USP 43-NF 38 <m62> | 10/17/2022 |
| Enterobacteriaceae Count ‡ | 10 | cfu/g | 10 | 02-109-01 | 10/15/2022 |
| Klebsiella *pneumoniae* ‡ | absent/10g | P/A | 1 | 02-210.6.1 | 10/16/2022 |
| Streptococcus *pyogenes* ‡ | absent/10g | P/A | 1 | 02-229 | 10/16/2022 |
| Bacillus *cereus* ‡ | <10 | cfu/g | 10 | BAM Chapter 14 | 10/15/2022 |
| Listeria ‡ | absent/25g | P/A | 1 | BAM Chapter 10 | 10/18/2022 |
| Clostridia | absent | P/A | 1 | USP 43-NF 38 <m2022> | 10/18/2022 |
| Burkholderia *cepacia* ‡ | absent | P/A | 1 | USP 43-NF 38 <60> | 10/19/2022 |
| Probiotic Plate Count ‡ | <10 | cfu/g | 10 | SMEDP 17th Edition | 10/17/2022 |

| Bacterial DNA Sequencing | Results Organism Identification | Method | Date Analyzed |
| --- | --- | --- | --- |
| Isolate [1] | Bacillus *cereus* | 02-215 | 10/21/2022 |
| Isolate [2] | Bifidobacterium *bifidum* | 02-215 | 10/21/2022 |
| Isolate 3 | Lysinibacillus *fusiformis* | 02-215 | 10/21/2022 |

### Approved By: QA Director SMV 10/24/2022

**Confidential**                    Page **3** of **5**
**This Certificate/Report shall not be reproduced, except in full, without the prior written consent of KML Laboratories, Inc.**
**This report may include work not covered by KML's current ISO accreditation as indicated by ‡.**

**Note**: On this date, this material met the specifications designated above, and is **not** known if statistically representative of the lot evaluated on a routine basis. This information is not intended to relieve the purchaser from its responsibility to determine the suitability of this material for purchaser's purposes, to comply with all laws and regulations regarding the safe use of this material. nd = none detected above the listed detection limit

F10-0817 G Ref SOP 01-023

# KML Laboratories, Inc.



**261 Great Northern Road**
**Bonners Ferry, Idaho 83805**
**Phone: 108-267-0818**
**Fax: 108-267-0878**
**Email: Info@kmlmicro.com**

## Certificate of Analysis

Consumer Products Association
306 Joy Street
Fort Oglethorpe, GA 30742
Phone: 423-903-5966

Invoice Number:     22.1238
PO Number:
Received Date:     10/14/1022
Number of Samples:     04
Project Name:     Routine Testing

**Microbiology Report:**

| Lab #: 21-9285 | Sample Lot: PB0039422 | Sample Date: |
|---|---|---|
| Sample Name: 505662 310 Shake All-In-One Meal Horchata | Additional ID: | Plated Date: 10/14/2022 |
| Qualifying Material Number: NO QM | | |

| Test Performed | Results | Units | Detection Limit | Method | Date Analyzed |
|---|---|---|---|---|---|
| Aerobic Plate Count | 155 | cfu/g | 10 | USP 43-NF 38 <2021> | 10/17/2022 |
| Coliforms | <10 | cfu/g | 10 | Bam C4 sec G | 10/15/2022 |
| E. *coli* | absent | P/A | 1 | USP 43-NF 38 <2022> | 10/17/2022 |
| Staph *aureus* | absent | P/A | 1 | USP 43-NF 38 <2022> | 10/17/2022 |
| Yeast | <10 | cfu/g | 10 | USP 43-NF 38 <2021> | 10/19/2022 |
| Mold | <10 | cfu/g | 10 | USP 43-NF 38 <2021> | 10/19/2022 |
| Salmonella | absent | P/A | 1 | USP 43-NF 38 <2022> | 10/18/2022 |
| Pseudo. *aeruginosa* | absent | P/A | 1 | USP 43-NF 38 <m62> | 10/17/2022 |
| Enterobacteriaceae Count ‡ | <10 | cfu/g | 10 | 02-109-01 | 10/15/2022 |
| Klebsiella *pneumoniae* ‡ | absent/10g | P/A | 1 | 02-210.6.1 | 10/16/2022 |
| Streptococcus *pyogenes* ‡ | absent/10g | P/A | 1 | 02-229 | 10/16/2022 |
| Bacillus *cereus* ‡ | <10 | cfu/g | 10 | BAM Chapter 14 | 10/15/2022 |
| Listeria ‡ | absent/25g | P/A | 1 | BAM Chapter 10 | 10/18/2022 |
| Clostridia | absent | P/A | 1 | USP 43-NF 38 <m2022> | 10/18/2022 |
| Burkholderia *cepacia* ‡ | absent | P/A | 1 | USP 43-NF 38 <60> | 10/19/2022 |
| Probiotic Plate Count ‡ | <10 | cfu/g | 10 | SMEDP 17th Edition | 10/17/2022 |

| Bacterial DNA Sequencing | Results Organism Identification | Method | Date Analyzed |
|---|---|---|---|
| Isolate [1] | Bacillus *thuringiensis* | 02-215 | 10/21/2022 |
| Isolate [2] | Bifidobacterium *bifidum* | 02-215 | 10/21/2022 |
| Isolate 3 | Clostridium *sardiniense* | 02-215 | 10/19/2022 |

### Approved By: QA Director SMV 10/24/2022

**Confidential**
**This Certificate/Report shall not be reproduced, except in full, without the prior written consent of KML Laboratories, Inc.**
**This report may include work not covered by KML's current ISO accreditation as indicated by ‡.**

ilac-MRA

ANAB
ACCREDITED
TESTING LABORATORY
AT-1805

**Note**: On this date, this material met the specifications designated above, and is **not** known if statistically representative of the lot evaluated on a routine basis. This information is not intended to relieve the purchaser from its responsibility to determine the suitability of this material for purchaser's purposes, to comply with all laws and regulations regarding the safe use of this material. nd = none detected above the listed detection limit

F10-0817 G Ref SOP 01-023

# KML Laboratories, Inc.



**261 Great Northern Road**
**Bonners Ferry, Idaho 83805**
**Phone: 108-267-0818**
**Fax: 108-267-0878**
**Email: Info@kmlmicro.com**

## Certificate of Analysis

Consumer Products Association
306 Joy Street
Fort Oglethorpe, GA 30742
Phone: 423-903-5966

| | |
|---|---|
| Invoice Number: | 22.1238 |
| PO Number: | |
| Received Date: | 10/14/1022 |
| Number of Samples: | 04 |
| Project Name: | Routine Testing |

**Microbiology Report:**

| Lab #: Control 10142022 | Additional ID: Negative Control Purposes | Plated Date: 10/14/2022 |
|---|---|---|
| Sample Name: Control 10142022 | | |
| Qualifying Material Number: QM-06-001 | | |

| Test Performed | Results | Units | Detection Limit | Method | Date Analyzed |
|---|---|---|---|---|---|
| Aerobic Plate Count | nd | cfu/ml | 10 | USP 43-NF 38 <2021> | 10/17/2022 |
| Coliforms | nd | cfu/ml | 10 | Bam C4 sec G | 10/15/2022 |
| E. *coli* | absent | P/A | 1 | USP 43-NF 38 <2022> | 10/17/2022 |
| Staph *aureus* | absent | P/A | 1 | USP 43-NF 38 <2022> | 10/17/2022 |
| Yeast | nd | cfu/ml | 10 | USP 43-NF 38 <2021> | 10/19/2022 |
| Mold | nd | cfu/ml | 10 | USP 43-NF 38 <2021> | 10/19/2022 |
| Salmonella | absent | P/A | 1 | USP 43-NF 38 <2022> | 10/18/2022 |
| Pseudo. *aeruginosa* | absent | P/A | 1 | USP 43-NF 38 <m62> | 10/17/2022 |
| Enterobacteriaceae Count ‡ | nd | cfu/ml | 10 | 02-109-01 | 10/15/2022 |
| Klebsiella *pneumoniae* ‡ | absent/10ml | P/A | 1 | 02-210.6.1 | 10/16/2022 |
| Streptococcus *pyogenes* ‡ | absent/10ml | P/A | 1 | 02-229 | 10/16/2022 |
| Bacillus *cereus* ‡ | nd | cfu/ml | 10 | BAM Chapter 14 | 10/15/2022 |
| Listeria ‡ | absent/25ml | P/A | 1 | BAM Chapter 10 | 10/18/2022 |
| Clostridia | absent | P/A | 1 | USP 43-NF 38 <m2022> | 10/18/2022 |
| Burkholderia *cepacia* ‡ | absent | P/A | 1 | USP 43-NF 38 <60> | 10/19/2022 |
| Probiotic Plate Count ‡ | nd | cfu/ml | 10 | SMEDP 17th Edition | 10/17/2022 |

### Approved By: QA Director SMV 10/24/2022





**Confidential**

Page **5** of **5**

**This Certificate/Report shall not be reproduced, except in full, without the prior written consent of KML Laboratories, Inc.**

**This report may include work not covered by KML's current ISO accreditation as indicated by ‡.**

**Note**: On this date, this material met the specifications designated above, and is **not** known if statistically representative of the lot evaluated on a routine basis. This information is not intended to relieve the purchaser from its responsibility to determine the suitability of this material for purchaser's purposes, to comply with all laws and regulations regarding the safe use of this material. nd = none detected above the listed detection limit

F10-0817 G Ref SOP 01-023