# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONSUMER PRODUCTS ASSOCIATION**, <br><br> Plaintiff, <br><br> v. <br><br> **310 NUTRITION, LLC**, <br><br> Defendant. | Civil Action No. 1:23-cv-00714 (RJL) <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT 310 NUTRITION, LLC'S MOTION TO DISMISS** |

## [PROPOSED] ORDER GRANTING DEFENDANT 310 NUTRITION, LLC'S MOTION TO DISMISS

Upon consideration of 310 Nutrition, LLC's Motion to Dismiss in the above-captioned case, it is hereby ORDERED that the motion is GRANTED.

Plaintiff Consumer Protection Association's Complaint [Dkt. 1-1] is dismissed with prejudice.

Dated: _____

                                                                                             Hon. Richard J. Leon
                                                                                             United States District Judge

## **LOCAL RULE 7(K) NAMES OF PERSONS TO BE SERVED**

**Attorneys for Plaintiff**

Mohaimina Haque (D.C. Bar No. 1644522)
Law Office of Mohaimina Haque, PLLC
1629 K Street, N.W., Suite 300
Washington, D.C. 20006
mina@attorneymina.com

J. Nelson Happy (D.C. Bar No. 435987)
Law Office of J. Nelson Happy, PLLC
240 E. 47th Street, Suite 15 B
New York, NY 10017
jnelsonhappy@gmail.com

**Attorneys for Defendant**

Hannah Wigger (D.C. Bar No. 208851)
Sheppard Mullin Richter & Hampton LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
hwigger@sheppardmullin.com

Sascha Henry (Admitted pro hac vice)
James Glassman (Admitted pro hac vice)
Sheppard Mullin Richter & Hampton LLP
333 S. Hope Street, 43rd Floor
Los Angeles, CA 90017
shenry@sheppardmullin.com
jglassman@sheppardmullin.com