IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONSUMER PRODUCTS ASSOCIATION,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**310 NUTRITION LLC,** )<br>)<br>Defendant. )<br>_____) | No. 1:23-cv-00714 (RJL) |

### PLAINTIFF'S MOTION TO REMAND FOR LACK OF <u>SUBJECT-MATTER JURISDICTION</u>

Plaintiff, Consumers Products Association, a nonprofit organization, acting on behalf of the interests of the general public, by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 7, LCvR 7, and 28 U.S.C. §1447(c), moves to remand the above-captioned case to the Superior Court of the District of Columbia, because this Court lacks original subject-matter jurisdiction.

A Memorandum of Points and Authorities in support of the Motion and a proposed order are attached.  On March 27, 2023, Plaintiff sought consent to this motion under LCvR 7(m), which was denied.

DATED:  April 12, 2023
         Washington, D.C.

                                               Respectfully Submitted,

                                               */s/ Mohaimina Haque*
                                               Mohaimina Haque, Esq.
                                               DC Bar# 1644522
                                               LAW OFFICE OF
                                               MOHAIMINA HAQUE, PLLC
                                               1629 K Street, NW, Suite 300
                                               Washington, D.C.  20006
                                               Tel. 202-355-6384
                                               Email - mina@attorneymina.com

<u>/s/ *J. Nelson Happy*</u>
J. Nelson Happy, Esq.
DC Bar# 435987
LAW OFFICE OF
J NELSON HAPPY, PLLC
1629 K Street, NW, Suite 300
Washington, D.C.  20006
Email- jnelsonhappy@gmail.com

## **CERTIFICATE OF SERVICE**

This is to certify that on this 12th day of April 2023, I caused a copy of the foregoing *Plaintiff's Motion to Remand for Lack of Subject-Matter Jurisdiction* to be served via ECF upon the Court and all counsel of record.

    */s/ Mohaimina Haque*
Mohaimina Haque, Esq.
DC Bar# 1644522
LAW OFFICE OF
MOHAIMINA HAQUE, PLLC
1629 K Street, NW, Suite 300
Washington, D.C. 20006
Tel. 202-355-6384
Email - mina@attorneymina.com