IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONSUMER PRODUCTS ASSOCIATION,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**310 NUTRITION LLC,** )<br>)<br>Defendant. )<br>_____ ) | No. 1:23-cv-00714 (RJL) |

**PLAINTIFF'S MOTION TO STAY BRIEFING ON DEFENDANT'S MOTION TO DISMISS AND REQUEST FOR AN EXTENSION OF TIME TO RESPOND**

Plaintiff, Consumers Products Association, a nonprofit organization, acting on behalf of the interests of the general public, and pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b), and LCvR 7, moves to stay briefing on Defendant 310 Nutrition LLC's Motion to Dismiss while Plaintiff's Motion to Remand is pending before this Court, and further requests a 30-day extension of time to respond to the Motion to Dismiss in the event this Court denies Plaintiff's Motion to Remand.

On March 20, 2023, Defendant removed this case from the Superior Court of the District of Columbia to this Court, and on April 7, 2023 it filed its Motion to Dismiss the Complaint. On April 12, 2013, Plaintiff timely filed its Motion to Remand the case to the Superior Court of the District of Columbia.

For the reasons stated in its Motion to Remand, Plaintiff believes that this Court does not have jurisdiction, and therefore Defendant's Motion to Dismiss is improper. This Court should determine if it has jurisdiction before requiring Plaintiff to respond to Defendant's Motion to Dismiss.

If the case is remanded to the Superior Court of the District of Columbia it is likely that Defendant will refile a motion to dismiss, and Plaintiff will thereafter respond to that motion.

However, the case law upon which Plaintiff will rely will be different than the authority it would rely on before this Court. Therefore, Plaintiff respectfully requests that the Court stay briefing on Defendant's Motion to Dismiss and that Plaintiff be allowed a 30-day extension to respond to Defendant's Motion to Dismiss if this Court determines that the case should not be remanded. Plaintiff has not requested any prior extensions of time for this case.

On or about April 13, 2023, Plaintiff sought consent to this motion under LCvR 7(m). Defendant's counsel did not consent to this motion but states that that they will endeavor to promptly file an opposition to Plaintiff's motion to remand so briefing will be complete for both motions at approximately the same time thus allowing the Court to proceed as to one or both motions as it sees fit. Plaintiff disagrees with this position.

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Grant Plaintiff's Motion to Stay Briefing on Defendant's Motion to Dismiss;

B. Grant Plaintiff a 30-day extension of time to respond to Defendant's Motion to Dismiss in the event this case is not remanded; and

C. Grant such other and further relief as the nature of its cause may require.

DATED:   April 18, 2023
         Washington, D.C.

                                              Respectfully Submitted,

                                              */s/ Mohaimina Haque*
Mohaimina Haque, Esq.
DC Bar# 1644522
LAW OFFICE OF
MOHAIMINA HAQUE, PLLC
1629 K Street, NW, Suite 300
Washington, D.C.  20006
Tel. 202-355-6384
Email - mina@attorneymina.com

<u>/s/ *J. Nelson Happy*</u>
J. Nelson Happy, Esq.
DC Bar# 435987
LAW OFFICE OF
J NELSON HAPPY, PLLC
1629 K Street, NW, Suite 300
Washington, D.C.  20006
Email- jnelsonhappy@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that on this 18th day of April 2023, I caused a copy of the foregoing *Plaintiff's Motion to Stay Briefing on Defendant's Motion to Dismiss and Request for an Extension of Time to Respond* to be served via ECF upon the Court and all counsel of record.

/s/ *Mohaimina Haque*
Mohaimina Haque, Esq.
DC Bar# 1644522
LAW OFFICE OF
MOHAIMINA HAQUE, PLLC
1629 K Street, NW, Suite 300
Washington, D.C.  20006
Tel. 202-355-6384
Email - mina@attorneymina.com

/s/ *J. Nelson Happy*
J. Nelson Happy, Esq.
DC Bar# 435987
LAW OFFICE OF
J NELSON HAPPY, PLLC
1629 K Street, NW, Suite 300
Washington, D.C.  20006
Email- jnelsonhappy@gmail.com